## United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 6, 2026

Lyle W. Cayce
Clerk

No. 24-30777

FELICIA SCROGGINS,

*Plaintiff—Appellant,*

*versus*

CITY OF SHREVEPORT,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:18-CV-201

## ON PETITION FOR REHEARING
## AND REHEARING EN BANC

Before SMITH, DENNIS, and RICHMAN, *Circuit Judges.*

PER CURIAM:

The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 40 and 5TH CIR. R. 40), the petition for rehearing en banc is DENIED.